**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAFAEL JULIO FERRER,

                Plaintiff,                    22 **CIVIL** 2021 (JPO)(OTW)

    -v-                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 20, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings. The period at issue on remand is March 17, 2009, through May 24, 2019.

**Dated:**  New York, New York
           October 24, 2022

                                                                **RUBY J. KRAJICK**

                                                                  _____
                                                                   **Clerk of Court**
                              **BY:**    *K. Mango*
                                                             _____
                                                                   **Deputy Clerk**